USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 12-3-19

THE LAW FIRM OF

# CÉSAR DE CASTRO, P.C.

ATTORNEY AT LAW

FILED ENDORSED

7 World Trade Center, 34th Floor
New York, New York 10007

646.200.6166 Main
212.808.8100 Reception
646.839.2682 Fax
www.cdecastrolaw.com

December 2, 2019

*Via* ECF

The Honorable Andrew L. Carter, Jr.
United States District Judge
U.S. District Court for the Southern District of New York
40 Foley Square
New York, New York 10007

      Re:    *United States v. Malhotra,* 19 Cr. 411 (ALC)

Dear Judge Carter:

I represent Jas Pal in the above-referenced matter. I write on behalf of all parties to request an adjournment of the status conference scheduled for December 3, 2019. All defense counsel need additional time in order to review the discovery produced by the government, speak to our clients regarding the discovery, and discuss potential dispositions.

Accordingly, I respectfully request that the status conference scheduled for December 3, 2019, be adjourned to January 15, 16, or 17, 2020. All defendants consent to the exclusion of time under the Speedy Trial Act until the next conference date. Thank you.

Respectfully submitted,

/s/

César de Castro

cc:    All counsel of record (*via* ECF)

*Application granted. Status Conference adjourned to 1-17-20 at 10:00 a.m. So Ordered.*

/s/ Andrew L. Carter
12-3-19