ALEXEI SCHACHT

*Attorney At Law*
123 West 94th Street
New York, New York 10025
Phone: (646) 729-8180
Fax: (212) 504-8341
Email: alexei@schachtlaw.net
www.schachtlaw.net

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 2-13-20

February 11, 2020

The Honorable Andrew L. Carter
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: **United States v. Gunjit Malhotra**
    **19 CR 411 (ALC)**

Dear Judge Carter:

Today I filed a Notice of Appearance as retained counsel for the defendant in this case. I wish to substitute for court-appointed counsel Amy Gallicchio with whom I have already spoken. The defendant has informed her as well that he wishes me to represent him. Ms. Gallicchio has graciously offered to send me her file and speak more with me once my Notice of Appearance is accepted.

So I file this letter seeking permission to be substituted as counsel of record for the defendant. Thank you for considering this request.

Respectfully submitted

/s/ Alexei Schacht

Alexei Schacht

cc: United States Attorney's Office
    (by ECF)

The application is ✓ granted.
              ~~denied.~~

Andrew L. Carter Jr, U.S.D.J.
Dated: February 13, 2020
NY, New York