MEMO ENDORSED

ALEXEI SCHACHT
*Attorney At Law*
123 West 94th Street
New York, New York 10025
Phone: (646) 729-8180
Fax: (212) 504-8341
Email: alexei@schachtlaw.net

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 3-12-20

March 11, 2020

**BY ECF**
The Honorable Andrew L. Carter
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: <u>United States v. Gunjit Malhotra et al.</u>
19 CR 411 (ALC)

Dear Judge Carter:

This law firm represents the defendant Gunjit Malhotra in this case. I write with the consent of the Government and co-counsel to request an adjournment of the March 13, 2020 conference date and to propose a schedule for the remainder of the case.

Specifically, the parties jointly propose that defense motions (if any) be filed on or before April 7, 2020; that the Government's opposition papers are due April 21, 2020, and that any reply by the defense must be filed by April 28, 2020. The trial can commence on June 22, 2020.

Thank you for considering these requests.

Respectfully submitted,

/s/ Alexei Schacht

Alexei Schacht

cc: U.S. Attorney's Office

Application granted. Status Conference adjourned to 5-4-20 at 10:30 a.m. Time excluded.
So Ordered.
/s/ Andrew L. Carter
3-11-20