**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 4/29/2020

|  |  |
|---|---|
| UNITED STATES OF AMERICA | : |
|  | : |
| -against- | : 19-CR-411 (ALC) |
|  | : |
|  | : **ORDER** |
| GUNJIT MALHOTRA et al, | : |
|  | : |
| Defendants. | : |

-----------------------------------------------------------x

**ANDREW L. CARTER, JR., United States District Judge:**

The May 4, 2020 status conference is adjourned to **July 30, 2020** at **11:00 a.m.**

Accordingly, it is **ORDERED**: the time from May 4, 2020 through July 30, 2020 is excluded in the interest of justice from all calculations under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A).

**SO ORDERED.**

**Dated: April 29, 2020**
         **New York, New York**

_____
**ANDREW L. CARTER, JR.**
**United States District Judge**