```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: May 5, 2020
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| -against- | : | 19-CR-411 (ALC) |
| | : | |
| | : | **ORDER** |
| GUNJIT MALHOLTRA, | : | |
| | : | |
| Defendants. | : | |
| | : | |

-------------------------------------------------------------x

**ANDREW L. CARTER, JR., United States District Judge:**

Telephone Bail Hearing set for **May 7, 2020** at **4:00 p.m.** The parties should contact the Court at 1-888-363-4749 on the date and time specified above and once prompted, should dial access code 3768660.

**SO ORDERED.**

**Dated: May 5, 2020**
         **New York, New York**

_____
**ANDREW L. CARTER, JR.**
**United States District Judge**