**MEMO ENDORSED**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 8/28/20
```

UNITED STATES OF AMERICA

vs.

GUNJIT MALHOTRA

**ORDER**
19 Cr. 00411 (ALC)

WHEREAS, defendant GUNJIT MALHOTRA is scheduled to enter a guilty plea on August 28, 2020;

WHEREAS the ongoing COVID-19 pandemic necessitates that the proceeding take place remotely;

WHEREAS the CARES ACT and findings made by the Judicial Conference of the United States and Chief Judge Colleen McMahon of the Southern District of New York allow for guilty pleas to be taken by phone or video, subject to certain findings made by the District Judge;

THE COURT HEREBY FINDS, that because the defendant has consented to proceeding remotely, and for the reasons set forth in the application dated August 25, 2020, the plea cannot be further delayed without serious harm to the interests of justice.

SO ORDERED.

_____
THE HONORABLE ANDREW L. CARTER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK

Dated:  New York, New York
August __27__, 2020