```
                                          USDC SDNY
                                          DOCUMENT ELECTRONICALLY
                                          FILED
                                          DOC#: _____
UNITED STATES DISTRICT COURT              DATE FILED: _10-16-20_
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA                  ORDER

        - v. -                            19 Cr. 411 (ALC)

GUNJIT MALHOTRA

        Defendant.

- - - - - - - - - - - - - - - - - X
```

WHEREAS, with the defendant's consent, his guilty plea allocution was made before a United States Magistrate Judge on August 28, 2020;

WHEREAS, a transcript of the allocution was made and thereafter was transmitted to the District Court; and

WHEREAS, upon review of that transcript, this Court has determined that the defendant entered the guilty plea knowingly and voluntarily and that there was a factual basis for the guilty plea;

IT IS HEREBY ORDERED that the defendant's guilty plea is accepted.

Dated: New York, New York
October 16, 2020

SO ORDERED:

_____
HONORABLE ANDREW L. CARTER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK