USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 2/4/21

**ALEXEI SCHACHT**

*Attorney At Law*

123 West 94th Street
New York, New York 10025
Phone: (646) 729-8180
Fax: (212) 504-8341
Email: alexei@schachtlaw.net

January 8, 2021

**BY ECF**
The Honorable Andrew L. Carter
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    <u>**United States v. Gunjit Malhotra et al.**</u>
              **19 CR 411 (ALC)**

Dear Judge Carter:

    This law firm represents the defendant Gunjit Malhotra in this case. I write to follow up upon my application (docket entry number 77) for the Court to set the case down for a sentence hearing. As such, I request that your Honor please establish a date and time for sentencing.

    Many thanks for considering this application.

                      Respectfully submitted,

                      /s/ Alexei Schacht

                      Alexei Schacht

cc:    U.S. Attorney's Office

**The application is GRANTED. Sentencing set for 5/7/21 at 11:00 a.m.
So Ordered.**

*/s/ Andrew L. Carter* 2/4/21