UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 5-20-21

------------------------------------------------------------ x

UNITED STATES OF AMERICA,

                          Plaintiff,

    -against-

GUNJIT MALHOTRA,

                         Defendant.

------------------------------------------------------------ x

19-CR-411 (ALC)

**ORDER**

**ANDREW L. CARTER, JR., District Judge:**

The video Sentencing scheduled for **May 21, 2021** at **9:00 a.m.** is converted to a Status Conference. Members of the public and press may attend the conference by dialing the audio-only line, at 1-855-268-7844, using Access Code 32091812# and Pin 9921299#.

**SO ORDERED.**

Dated:    New York, New York
            May 20, 2021

_____
**ANDREW L. CARTER, JR.**
United States District Judge