UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

United States of America,

                -against-

Gunjit Malhotra,
-----------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 5-21-21

**ORDER**

**19-CR-411 (ALC)**

**ANDREW L. CARTER, JR., United States District Judge:**

Defendant, Jas Pal, is directed to file a response, if any, to the Government's and Defendant's submissions as they relate to Mr. Pal by June 1, 2021.

**SO ORDERED.**

Dated: New York, New York
       May 21, 2021

_____
**ANDREW L. CARTER, JR.**
**UNITED STATES DISTRICT JUDGE**