ALEXEI SCHACHT
ATTORNEY AT LAW
123 WEST 94TH STREET
NEW YORK, NEW YORK 10025
TEL: (646) 729-8180
FAX: (212) 504-8341
alexei@schachtlaw.net
www.schachtlaw.net

USDC SDNY
DOCUMENT ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 7-16-21

July 16, 2021

*BY ECF*
The Honorable Andrew L. Carter
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    United States v. Gunjit Malhotra
            19 Cr. 411 (ALC)

Dear Judge Carter:

    I write in connection with yesterday's sentencing to ask that you endorse the judgment in the case with a recommendation to the Bureau of Prisons that my client be designated as soon as possible to a facility in the New York area, such as FCI Danbury or DCI Fort Dix.

    As always, thank you for your attention to this case.

                                Very truly yours,

                                Alexei Schacht

cc:    United States Attorney's Office

The application is granted.
So Ordered.

Andrew L. Carter
7-16-21